PROB 12C-OR  
(07-07-05)

FILED 07 FEB 28 17:00USDC-ORM **UNITED STATES DISTRICT COURT**

**for**

**DISTRICT OF OREGON**

**PETITION FOR SUMMONS**  
**AND**  
**ORDER TO SHOW CAUSE**

U.S.A. vs. MARTIN LEE LINDE

Docket No. CR 02-30002-01-HO

**Petition on Probation and Supervised Release**

COMES NOW BRENT A. TREMBLAY, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Martin Lee Linde, who was placed on supervision by The Honorable Michael R. Hogan, sitting in the Court at Medford, Oregon, on the 16th day of January, 2003, who fixed the period of supervision at three years,* and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

*Term of supervised release commenced December 17, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

(Please see page 2 for violation information)

**RECOMMENDED ACTION:** Based upon the above allegations, probable cause has been established that a violation of supervised release has been committed. It is recommended the Court order the issuance of a criminal summons for Martin Lee Linde to appear before Senior U.S. District Judge Owen M. Panner of the U.S. District Courthouse, Medford, Oregon, on March 21, 2007, at 10:00 a.m., and order to show cause why his term of supervised release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

_____  
Brent A. Tremblay  
Senior U.S. Probation Officer  
Medford, OR

**ORDER OF THE COURT**

Considered and ordered this 28 day of February, 2007, and ordered filed and made a part of the records in the above case.

_____  
The Honorable Owen M. Panner  
Senior U.S. District Judge

VIOLATION OF CONDITIONS
RE:   LINDE, Martin Lee

On February 21, 2007, Mr. Linde submitted to polygraph testing and, consequent to that testing, disclosed the following violations of his supervised release.

**Violation of Standard Condition #2 - New law violation: Supplying alcohol to a minor.** Mr. Linde admits that he bought a four-pack of wine coolers for a 20-year-old neighbor on one occasion. He also admitted buying a "pint of Southern Comfort and some Aftershock" for a 16-year-old boy. In addition to being a violation of Standard Condition #2, this behavior would also constitute a violation of Special Condition #8, which prohibits Mr. Linde from possessing alcohol.

**Violation of Special Condition #3 - Unapproved contact with minors.** In addition to the behavior described in the first allegation, Mr. Linde has had additional contact with minors. Specifically, he admits on one occasion driving a 20-year-old male and his 15-year-old girlfriend to a skating rink and later picking them up from the skating rink when they called him. Mr. Linde also reported that the 20-year-old and his 15-year-old girlfriend had been inside his residence for a brief period of time. He also admitted that the 16-year-old boy for whom he purchased alcohol and a 17-year-old friend had been inside his residence.

**Violation of Standard Condition #8 - Frequenting an establishment where alcohol is the primary item for sale.** Mr. Linde admitted that he has gone into a bar and a tavern in Klamath Falls for the purpose of consuming food. He denies that he has consumed alcohol since his release, but he was not specifically tested on that issue.

**Violation of Standard Condition #12 - Use of unprescribed prescription narcotics.** Mr. Linde admits taking about 15 Vicodin given to him by a friend. He reports that he had 23 teeth removed, and the friend provided the Vicodin after Mr. Linde's Vicodin prescription ran out. Additionally, Mr. Linde admitted giving a co-worker one of his Vicodin (technically, this constitutes distribution of a controlled substance).

BAT/kw/30443