IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | Criminal Case No.02-30002-01-HO |
| v. | ) ) | **ORDER** |
| MARTIN LEE LINDE, | ) ) | |
| Defendant. | ) ) | |

Defendant appeared before the Honorable Owen M. Panner on April 6, 2007 and admitted violating conditions of his supervised release by supplying alcohol to a minor, having unapproved contact with minors, frequenting an establishment where alcohol is the primary item for sale and use of prescription narcotics not prescribed to him.

It is the finding of the Court that the defendant has violated the terms of supervised release by supplying alcohol to a minor, having unapproved contact with minors, frequenting an establishment where alcohol is the primary item for sale and use of prescription narcotics not prescribed to him.

IT IS ORDERED that defendant's term of supervised release is continued under the original terms and conditions and with the following modification:

The defendant shall perform 40 hours of volunteer community service work at the direction

Page 1 - ORDER

of the probation officer.

All other aspects of the original order shall remain in full force and effect.

DATED this __12__ day of April, 2007.

OWEN M. PANNER
Senior United States Magistrate Judge