# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA | CR 02-30002-01-HO |
|---|---|
| v. | ORDER REVOKING SUPERVISED RELEASE TERM, IMPOSING SENTENCE, AND REIMPOSING SUPERVISED RELEASE TERM |
| MARTIN LEE LINDE | |
| **Defendant.** | |

On January 16, 2003, this Court sentenced defendant to the custody of the Bureau of Prisons for a period of 37 months imprisonment followed by a 3-year term of supervised release subject to standard and special conditions. The term of supervised release began December 17, 2005.

On August 3, 2008, this Court issued a Motion for Summons and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On August 25, 2008, defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The Court found the defendant had violated the conditions of supervised release by having unauthorized contact with minors.

It is the finding of the Court that defendant violated the conditions of supervised release.

It now appearing to the Court defendant is no longer suitable for continued community supervision,

**IT IS ORDERED** defendant's term of supervised release is revoked and defendant is committed to the custody of the Bureau of Prisons for a period of one (1) day.

**IT IS FURTHER ORDERED** that upon release from imprisonment, defendant is subject to reimposition of supervised release, pursuant to 18 USC § 3583(h), and is ordered to a term of supervised release for 24 months and 364 days, subject to the standard and special conditions previously ordered by the Court and the following added special conditions:

1) The defendant shall not view, purchase, or possess any materials, including visual depictions of nudity and sexually explicit conduct, as defined at 18 USC § 2256(2) and (5); and

2) The defendant shall perform 80 hours of volunteer community service work at the direction of the probation officer.

DATED this ____ day of September, 2008.

The Honorable Owen M. Panner
Senior United States District Judge