| PROB 12B | UNITED STATES DISTRICT COURT | PETITION AND ORDER |
|---|---|---|
| (Rev. 09/03) | for | FOR MODIFICATION OF |
| FILED'09 SEP 11 10:47USDC-ORM | | CONDITIONS OF |
| | DISTRICT OF OREGON | SUPERVISED RELEASE |

U.S.A. vs. MARTIN LEE LINDE                                Docket No. CR 02-30002-01-HO

## Petition on Probation and Supervised Release

    COMES NOW BRENT A. TREMBLAY, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Martin Lee Linde, who was placed on supervision by The Owen M. Panner, sitting in the District Court of Oregon, on the 25th day of August, 2008, who fixed the period of supervision at three (3) years,* and imposed the general and special terms and conditions theretofore adopted by the Court.

*Term of supervised release commenced on September 3, 2008.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

    Mr. Linde has been in sex offender treatment with David Robinson since September 25, 2008. Mr. Linde has recently had a number of deceptive polygraph results relating to contact with minors. The sex offender treatment team has requested that Mr. Linde receive a sanction before any further polygraphs can be administered. Mr. Linde has agreed to a 30-day RRC placement as a sanction for violating the conditions of his sex offender treatment program. A copy of the waiver of hearing form is attached.

    **PRAYING THAT THE COURT WILL ORDER** that defendant's conditions of supervision be modified to include that the defendant shall reside in and satisfactorily participate in a residential reentry center (RRC) to include a prerelease component, if determined appropriate by the RRC manager and the U.S. Probation Officer, for up to 30 days or until discharged by the RRC manager and/or the U.S. Probation Officer.

| ORDER OF THE COURT | Respectfully, |
|---|---|
| Considered and ordered this _11_ day of September, 2009, and ordered filed and made a part of the records in the above case. | Brent A. Tremblay<br>Senior U.S. Probation Officer |
| _/s/ Owen M. Panner_<br>The Honorable Owen M. Panner<br>Senior U.S. District Judge | Place: Medford, Oregon<br><br>Date: September 11, 2009 |

Page 1 of 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON—PROBATION OFFICE

## WAIVER OF HEARING TO MODIFY CONDITIONS OF PROBATION/SUPERVISED RELEASE

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

**The defendant shall reside in and satisfactorily participate in a residential reentry center (RRC) to include a prerelease component, if determined appropriate by the RRC manager and the U.S. Probation Officer, for up to 30 days or until discharged by the RRC manager and/or the U.S. Probation Officer.**

Witness: _____
U.S. Probation Officer

Signed: _____
**Martin Lee Linde**
Probationer or Supervised Releasee

Date: 9-11-09

BAT/das/30443